RILEY, Circuit Judge,
concurring.
I concur completely in the majority opinion. I write briefly, and with, great respect, to address the dissent. I agree Scheer recited a prayer at a state sponsored event by using his positions as a School Board member and a parent to address the assemblage. As the dissent explains, Scheer was determined the ceremony would include a prayer “despite the school board’s decision that it would not be.” That is the point. Scheer privately decided to oppose the School Board’s public decision not to include prayer in the graduation ceremony by reciting the Lord’s Prayer during his remarks. Scheer openly opposed and personally protested the School Board’s decision, a classic exercise of free speech, through this religious act. No evidence exists Scheer spoke on the Board’s behalf as opposed to protesting the Board’s decision. The School District had no prior knowledge of Scheer’s protest. The School District did not plan or approve the prayer, did not sponsor the prayer, and did not collude or conspire with Scheer. The undisputed facts establish the District’s Board thoroughly researched Doe’s complaint, decided to remove the invocation and benediction from the graduation ceremony, and announced the Board’s decision to the audience, before Scheer registered his protest. Based on this record, no reasonable person could conclude from these circumstances, and Scheer’s specific remarks, that Scheer was doing anything other than protesting the School Board’s decision.